In the Matter of the Application of HENRIETTA ANNLOTT for a Warrant Pursuant to Section 120, Article 8 of the Domestic Relations Law. CHARLES B. NELLIS, Appellant.— Motion granted and appeal dismissed, with costs.   Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

LESLIE E. FERGUSON, Plaintiff, v. DAIRYMEN'S PROTECTIVE ASSOCIATION, Defendant.— Appeal dismissed, without costs, upon stipulation filed.   Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

## FIRST DEPARTMENT, JUNE, 1928.

GREATER NEW YORK EXPORT HOUSE, INC., Appellant, v. ARMAUR REALTIES, INC., Respondent.

PER CURIAM.   This complaint would be fatally defective were it not for the specific allegations of paragraphs 26 and 27 containing a bald statement of a cause of action for goods sold and delivered and work, labor and services.   The facts alleged in the other paragraphs of the complaint effectually negative the truth of these allegations and we hold specifically that they constitute no cause of action under the authority of *Berkey* v. *Third Ave. R. Co.* (244 N. Y. 602) or any similar case.   There is nothing alleged which would justify the inference that the defendant is responsible for materials delivered or services rendered to its subsidiary or affiliated corporations, and we reverse solely on the ground stated.   The order and judgment are, therefore, reversed, with costs, and the motion for judgment on the pleadings denied, with ten dollars costs.   Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.   Judgment and order reversed, with costs, and motion denied, with ten dollars costs.

JONAS A. MALTER, Appellant, v. NEW YORK INDEMNITY COMPANY, Respondent.

PER CURIAM.   While we think there was enough evidence to make the question of visible marks of forcible entry at the third window one of fact, we agree with the ultimate conclusion of the trial justice that as the trier of the facts he should direct a verdict for the defendant.   The judgment appealed from should, therefore, be affirmed, with costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.   Judgment affirmed, with costs.